FILED' 05 OCT 04 12:36 USDC-ORP

**David G. Hosenpud**, OSB No. 83241
hosenpudd@lanepowell.com
**Brady M. Bustany,** OSB No. 04127
bustanyb@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DAWN BRENNAN,** | CV No. 04-1495-PK |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** By All Parties |
| **HOME DEPOT U.S.A., INC.,** d/b/a THE HOME DEPOT, a foreign corporation | |
| Defendant. | |

It is hereby stipulated by and between the parties that the above-referenced action be dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED.

SMITH & FJELSTAD                          LANE POWELL PC

By _____         By _____
Eric J. Fjelstad, OSB No. 89238              David G. Hosenpud, OSB No. 83241
Attorney for Plaintiff                              Attorney for Defendant

DATED: 9/26/05                              DATED: 9/28/05

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

106666.0925/536276.1

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

ORDERED this 2nd day of ~~September~~ October, 2005.

~~JOHN JELDERKS~~ PAUL PAPAK
Magistrate Judge

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

106666.0925/536276.1

LANE POWELL PC
SUITE 2100
601 SW SECOND AVENUE
PORTLAND, OREGON 97204-3158
(503) 778-2100